107 P.3d 1189

# SUPREME COURT OF HAWAI'I

**September 1, 2004**

| 25178 | Naeole v. D'Enbeau; D'Enbeau v. O'Brien | Affirmed |

**March 18, 2005**

| 25358 | Kaneohe Ranch Co., Ltd. v. Lindgard | Affirmed |

**March 23, 2005**

| 25060 | Ohana Sanctuary, LLC v. Old Standard Life Ins. Co. | Affirmed |